**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

KEITH DEMOND THOMPSON,

        Petitioner,

                      CASE NO. 2:07-11726

v.

                      DISTRICT JUDGE PAUL D. BORMAN

WARDEN, FCI MANCHESTER,     MAGISTRATE JUDGE DONALD SCHEER

        Respondent.

_____/

## ORDER AMENDING CAPTION

Petitioner Keith Demond Thompson has filed a *pro se* habeas corpus petition, which names the People of the State of Michigan as the respondent. The proper respondent in a habeas corpus action is the person who holds the petitioner in custody. *See* 28 U.S.C. § 2243 ¶2; Rule 2(a) of the Rules Governing Section 2254 Cases in the United States District Courts. Petitioner is incarcerated at the Federal Correctional Institution (FCI) in Manchester, Kentucky. Because the federal warden in Manchester, Kentucky holds Petitioner in custody, the caption of this case is amended to read: *Keith Demond Thompson v. Warden, FCI Manchester.*

Dated: May 29, 2007                    s/R. STEVEN WHALEN
                                                 _____
                                                 R. STEVEN WHALEN
                                                 UNITED STATES MAGISTRATE JUDGE

## CERTIFICATION

I mailed a copy of this order to Petitioner on May 29, 2007 indicated below.

                                                             s/Teresa McGovern_____
                                                                 Deputy Clerk