UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEITH DEMOND THOMPSON,

        Petitioner,                      CASE NO. 07-11726

-vs-                                    PAUL D. BORMAN
                                    UNITED STATES DISTRICT JUDGE

WARDEN, FCI MANCHESTER,

        Respondent.
_____/

## JUDGMENT

The Court has entered an opinion and order concluding that it lacks jurisdiction in this case because Petitioner is not in custody for the convictions under attack. Accordingly,

**IT IS ORDERED** that the habeas petition is **DISMISSED** without prejudice and a certificate of appealability is **DENIED**.

                                                                DAVID J. WEAVER
                                                                 CLERK OF COURT

                                       By:       s/Denise Goodine
                                                            Deputy Clerk

Dated: 1/29/08